<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-1863**

———————————

KELSO DAVID WALLACE,

                Plaintiff - Appellant,

      v.

BERNADETTE LAMSON, Assistant County Attorney; DIANNA GUNTHER; LINDA BIRD, Supervisor DHCA; MONTGOMERY COUNTY MARYLAND,

                Defendants - Appellees.

———————————

**No. 14-2274**

———————————

KELSO DAVID WALLACE,

                Plaintiff - Appellant,

      v.

BERNADETTE LAMSON, Assistant County Attorney; DIANNA GUNTHER; LINDA BIRD, Supervisor DHCA; MONTGOMERY COUNTY MARYLAND; MONTGOMERY COUNTY GOVERNMENT MARYLAND,

                Defendants - Appellees.

———————————

Appeals from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:13-cv-00866-PWG; 8:14-cv-02089-PWG)

———————————

Submitted:  December 18, 2014        Decided:  December 22, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelso David Wallace, Appellant Pro Se.  Charles Lowell Frederick, Edward Barry Lattner, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Kelso David Wallace appeals from the district court's orders denying relief on his civil complaint and his complaint filed pursuant to 42 U.S.C. § 1983 (2012). We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wallace v. Lamson, No. 8:13-cv-00866-PWG (D. Md. Mar. 11, 2014); Wallace v. Lamson, No. 8-14-cv-02089-PWG (D. Md. Nov. 7, 2014). We deny Wallace's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED